

# Fourth Court of Appeals
## San Antonio, Texas

**JUDGMENT**

No. 04-25-00426-CV

**IN THE INTEREST OF R.J.R.**, Child

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2024PA01120
Honorable Richard Garcia, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE BRISSETTE, AND JUSTICE MEZA

In accordance with this court's opinion of this date, the trial court's June 24, 2025 order of termination is AFFIRMED. Because appellant is indigent, no costs are assessed.

SIGNED October 1, 2025.

_____
Lori Massey Brissette, Justice